USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-17-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA             :
                                     :     **ORDER**
v.                                   :
                                     :     19 CR 700-7 (VB)
GUSTAVO GONZALEZ,                    :
                   Defendant.        :
----------------------------------------------------------x

It is hereby ORDERED that David K. Bertan, Esq., is relieved as attorney of record for defendant Gustavo Gonzalez, with the thanks of the Court, and Stephen R. Lewis, Esq., is appointed as defendant Gonzalez's attorney pursuant to the Criminal Justice Act.

The next scheduled conference in this case, which will be held by telephone conference, is October 23, 2020, at 9:00 a.m.

Dated: September 17, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge