UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                                       :   **AMENDED SCHEDULING**
v.                                      :   **ORDER**
                                        :
GUSTAVO GONZALEZ,                       :   19 CR 700-07 (VB)
                    Defendant.      :
----------------------------------------------------------x

       The scheduling order in this case issued December 2, 2020 (Doc. #187), is amended to the extent of changing the call-in information for accessing the audio feed of the conference, as follows: Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering **Conference ID 389793258#**.

       In addition, if Skype for Business does not work well enough and the Court decides to transition to its teleconference line, counsel and defendant should call **(888) 363-4749 (toll free) or (215) 446-3662** and use Access Code **1703567**. (Members of the press and public may call the same number but will not be permitted to speak during the conference.)

Dated: December 9, 2020
       White Plains, NY

                                                 SO ORDERED:

                                                 Vincent L. Briccetti
                                                 United States District Judge