# STEPHENS, BARONI, REILLY & LEWIS, LLP
ATTORNEYS AND COUNSELORS AT LAW
NORTHCOURT BUILDING
175 MAIN STREET, SUITE 800
WHITE PLAINS, NY 10601
(914) 761-0300
(914) 683-5185

FAX (914) 761-0995
www.sbrllaw.com

ROLAND A. BARONI, JR. rbaroni@sbrllaw.com
STEPHEN R. LEWIS slewis@sbrllaw.com

COUNSEL
GERALD D. REILLY greilly@sbrllaw.com
JOSEPH P. ERIOLE

NORTHERN WESTCHESTER OFFICE
OLD POST ROAD PROFESSIONAL BUILDING
CROSS RIVER, NEW YORK 10518

SERVICE NOT ACCEPTED
BY FAX OR EMAIL

May 24, 2021

Via ECF
Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *USA v. Gustavo Gonzalez*, 19-Cr-700 (VB)

Dear Judge Briccetti:

I was appointed under the Criminal Justice Act to represent Gustavo Gonzalez.

On March 12, 2021 I appeared before you and the defendant was sentenced to twenty-four months of incarceration followed by three years of supervised release.

I have been contacted by Mr. Gonzalez who is currently incarcerated at the Orange County Jail serving his federal sentence. He has been continuously incarcerated since his sentence and his financial circumstances have not changed. He has requested that I bring an application before you for compassionate release under the authority of *United States v. Booker*, 976 F.3d 228 (2d Cir. 2020).

In light of the facts and circumstances underlying Mr. Gonzalez's request, I am asking that I be reappointed to represent Mr. Gonzalez for purpose of making this application.

Very truly yours,

Stephen R. Lewis

SRL:dc
cc: AUSA James Ligtenberg (via ECF and email - james.ligtenberg@usdoj.gov)
    Gustavo Gonzalez (via regular mail)

---

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 5/25/21
White Plains, NY

Mr. Lewis is re-appointed under the Criminal Justice Act to make a compassionate release motion on behalf of defendant Gonzalez.