UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Gustvo Gonzalez

                      Defendant.

No. 7:19CR00700 (VB)

ORDER

---

Honorable Vincent L. Briccetti, U.S. District Judge:

      IT IS HEREBY ORDERED THAT, on April 14, 2023 at 10:00 a.m., the United States Marshals Service shall release Defendant Gustavo Gonzalez from the Honorable Charles L. Brieant Jr. Federal Courthouse, located at 300 Quarropas St, White Plains, New York to the United States Probation Officer, who will turn him over to a representative of Samaritan Daytop Village for transport to a residential substance use treatment facility.

Furthermore, IT IS HEREBY ORDERED THAT, Defendant Gustavo Gonzalez complete 180 days of inpatient substance use treatment, as directed by the United States Probation Department.

Dated: April 7, 2023
New York, New York

                                                            Vincent L. Briccetti
                                                            U.S. District Judge