UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

GUSTAVO GONZALEZ,
                              Defendant.
--------------------------------------------------------------x

**ORDER**

19 CR 700-7 (VB)

       Defendant Gustavo Gonzalez's Probation Officer has advised the Court that Samaritan Daytop Village has recommended that defendant be discharged from its facility on September 29, 2023, having successfully completed nearly six months of inpatient treatment. Defendant has secured housing, and an appointment with an outpatient drug treatment program has been scheduled for October 3, 2023.

       The Court believes defendant's discharge from inpatient treatment at this time is warranted. Defendant remains on supervised release and will continue to be supervised by the Probation Department pursuant to the conditions of supervised release set forth in the Judgment dated March 15, 2021. (Doc. #275).

       A status conference in the pending violation of supervised release proceeding is scheduled for **October 18, 2023, at 11:00 a.m.**, in Courtroom 620 at the White Plains courthouse. As a condition of his release, defendant is directed to attend the conference.

Dated: September 29, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge